# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2016

Robert P. Young, Jr.,
Chief Justice

153979(51)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

MARLETTE AUTO WASH, LLC,
      Plaintiff/Cross-Defendant-
      Appellant,

v

VAN DYKE SC PROPERTIES, LLC,
      Defendant/Cross-Plaintiff-
      Appellee.
_____/

SC: 153979
COA: 326486
Sanilac CC: 14-035490-CH

On order of the Chief Justice, the motion of plaintiff/cross-defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before August 23, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      August 12, 2016                 

                                       Clerk